## 16088.   FARLOW v. THE STATE.

BLOODWORTH, J.   Where the evidence, as in this case, is conflicting, the trial judge has some discretion in setting aside a verdict, but where he has exercised this discretion and there is any evidence to support the verdict, and no error of law was committed, this court has no authority to interfere.

> Judgment affirmed.   Broyles, C. J., and Luke, J., concur.
> DECIDED MARCH 3, 1925.

Accusation of sale of liquor; from city court of Carrollton—Judge Hood.   November 13, 1924.

*Smith & Millican,* for plaintiff in error.

*Emmett Smith, solicitor,* contra.

---

## 16091.   MOORE v. PRUDENTIAL INSURANCE COMPANY OF AMERICA.

BLOODWORTH, J.   As it does not appear from the bill of exceptions that a final judgment has been rendered and exceptions filed thereto, a writ of error will not lie to the order sustaining the demurrer of the plaintiff to the plea of the defendant.   Civil Code (1910), § 6138; *Braswell* v. *Macon Savings Bank,* 30 *Ga. App.* 325 (117 S. E. 664), and citations; *Samson Tractor Co.* v. *Furlong,* 28 *Ga. App.* 659 (112 S. E. 903), and citations.

> Writ of error dismissed.   Broyles, C. J., and Luke, J., concur.
> DECIDED MARCH 3, 1925.

Complaint; from city court of Carrollton—Judge Hood.   November 13, 1924.

*S. J. Boykin, Boykin & Boykin,* for plaintiff in error.

*J. J. Reese,* contra.